AMAR L. THAKUR, CAL. BAR NO. 194025
BENI SURPIN, CAL. BAR NO. 216386
JON E. MAKI, CAL. BAR NO. 199958
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691
Email: athakur@sheppardmullin.com
       bsurpin@sheppardmullin.com
       jmaki@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
NICOLE M. LEE, Cal. Bar No. 222344
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: nbruno@sheppardmullin.com
       nlee@sheppardmullin.com

Attorneys for Plaintiffs
InfoVista S.A. and InfoVista Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOVISTA S.A., a foreign corporation, and INFOVISTA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INFOVISTA TECHNOLOGY, INC., a California corporation, and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO. 07-0283 SBA MED<br><br>**AMENDED STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, AND [PROPOSED] ORDER THEREON** |

# STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, plaintiffs INFOVISTA S.A. and INFOVISTA CORPORATION (collectively "INFOVISTA") and defendant INFOVISTA TECHNOLOGY, INC. ("INFOVISTA TECHNOLOGY"), (the "PARTIES") have entered into a Settlement Agreement and Mutual Release (the "Agreement") which resolves the claims and defenses that were or could have been asserted in this action; and

WHEREAS, the PARTIES agree this Court has jurisdiction over the subject matter of this action and over all PARTIES to this action and consent that the Magistrate Judge should retain jurisdiction over the Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED BY ALL PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL that this Court enter the [Proposed] Order attached below to this Stipulation, which Order provides for: 1) dismissal of this action with prejudice, with each PARTY to bear its own respective costs and attorneys' fees incurred in connection with this action; and 2) retention of jurisdiction by the Magistrate Judge over the Agreement.

IT IS SO STIPULATED.

Dated: April 22, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Nicole M. Lee
AMAR L. THAKUR
BENI SURPIN
JON E. MAKI
NICOLE M. LEE

Attorneys for Plaintiffs
InfoVista S.A. and InfoVista Corporation

-1-

W02-WEST:6NML1\400804489.1

07-0283 SBA MED
AMENDED STIPULATION FOR DISMISSAL OF ACTION
WITH PREJUDICE, AND [PROPOSED] ORDER THEREON

Dated: April 22, 2008

              OWEN, WICKERSHAM & ERICKSON, P.C.

        By    /s/ Lawrence G. Townsend
            LAWRENCE G. TOWNSEND

            Attorneys for Defendant
            Infovista Technology, Inc.

**Filer's Attestation**: Pursuant to General Order No. § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Defendant's signatory.

DATED: April 22, 2008      Respectfully submitted,

              /s/ Nicole M. Lee
              NICOLE M. LEE
              nlee@sheppardmullin.com

-2-

W02-WEST:6NML1\400804489.1            07-0283 SBA MED
AMENDED STIPULATION FOR DISMISSAL OF ACTION
WITH PREJUDICE, AND [PROPOSED] ORDER THEREON

**ORDER**

Pursuant to and based on the above Stipulation of plaintiffs INFOVISTA S.A. and INFOVISTA CORPORATION (collectively "INFOVISTA") and defendant INFOVISTA TECHNOLOGY, INC. ("INFOVISTA TECHNOLOGY") (the "PARTIES"), wherein the Parties have entered into a Settlement Agreement and Mutual Release (the "Agreement") which resolves the claims and defenses that were or could have been asserted in this action and the Parties agree this Court has jurisdiction over the subject matter of this action and over all Parties to this action and the Magistrate Judge should retain jurisdiction over the Agreement, IT IS HEREBY ORDERED THAT:

1. The Complaint in this action is dismissed with prejudice, and each PARTY shall bear its own respective attorneys' fees and costs incurred in connection with this action.

2. The Magistrate Judge shall retain jurisdiction over the Agreement referred to in the PARTIES' Stipulation.

IT IS SO ORDERED:

DATED: 4/24/08     _____
     HONORABLE SAUNDRA BROWN ARMSTRONG
     United States District Court Judge